IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDDIE WAYNE LANE, Jr., | ) |
| Plaintiff, | ) |
| v. | ) |
| L BROCKMAN, et al., | ) |
| Defendants. | ) Civil Action No. 3:18-CV-2745-C-BT |

## ORDER

The Court has reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed January 9, 2019. Plaintiff filed a Status Request on January 15, 2019, but failed to file any objections or otherwise respond. After conducting a careful review of the relevant filings and conclusions contained in the Magistrate Judge's thorough and well-reasoned Findings, Conclusions, and Recommendation, the Court **ORDERS** that the findings and conclusions contained therein are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation, Plaintiff's *Bivens* claims are **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915A and 1915(e), and his claims asserted under the Federal Tort Claims Act are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

All relief not expressly granted by this Order is **DENIED**.

SO ORDERED this 29th day of January, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE